UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: ANCHOR GLASS CONTAINER
        CORPORATION


ENCORE GLASS, INC.,

                    Appellant,                          Case No. 8:03-CV-2679-T-24EAJ

vs.

ANCHOR GLASS CONTAINER                                  Bankruptcy Case No. 8:02-07233-8B1
CORPORATION,

                    Appellee.
_____/

## O R D E R

      This cause comes before the Court on the parties' Agreed Motion for Entry of Order Lifting Abatement of Appeal (Doc. No. 10).  On January 20, 2004, this Court entered an Order granting the parties' Stipulation and Joint Motion Abating Appeal and relinquished jurisdiction to the Bankruptcy Court as necessary to permit the Bankruptcy Court to enter a final order (Doc. No. 7).

      On January 25, 2005, the Bankruptcy Court entered its further Order and Encore Glass, Inc. ("Encore") represents that this appeal may now proceed.  As a result, Encore now requests that this Court return this appeal to active status and permit Encore 45 days from the date of this Order to serve its initial brief.  Encore represents that Anchor Glass Container Corporation does not object to this motion.

      Accordingly, it is **ORDERED AND ADJUDGED** that:

      (1)     The Agreed Motion for Entry of Order Lifting Abatement of Appeal (Doc. No. 10) is **GRANTED** and this case is returned to active status; and

      (2)     Encore Glass, Inc. shall have until July 5, 2005 to serve its initial brief.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of May, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:  Counsel of Record